916

No. 76–985.   GEVYN CONSTRUCTION CORP. *v.* LIMBACH Co. C. A. 1st Cir.   Certiorari denied.

No. 76–991.   KOTTIS, ADMINISTRATRIX *v.* UNITED STATES STEEL CORP.   C. A. 7th Cir.   Certiorari denied.

No. 76–993.   RONALD F. RIVIERE, D. D. S., INC. *v.* OHIO ET AL.   Sup. Ct. Ohio.   Certiorari denied.

No. 76–998.   WIENER KING, INC. *v.* WIENER KING CORP. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 76–1011.   WALGREEN LOUISIANA Co., INC., ET AL. *v.* CITY OF NEW ORLEANS ET AL.   Sup. Ct. La.   Certiorari denied.

No. 76–1044.   ESTATE OF WHITLOCK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 76–1046.   VOELLER *v.* VOELLER.   Super. Ct. N. J.   Certiorari denied.

No. 76–1054.   CATANZARO *v.* CENTRAL GULF STEAMSHIP CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 76–1092.   FALCONE ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 76–1101.   IVLER *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 76–1103.   BERAN ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 76–5599.   BENITEZ-CORTEZ *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.